DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE D. KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
RUBEN GAMBOA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | 2:12-CR-00054-GGH |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION ORDER TO VACATE THE TRIAL CONFIRMATION HEARING AND |
| v. | ) ) | JURY TRIAL AND TO SET A STATUS HEARING |
| RUBEN GAMBOA, | ) ) | Date: June 11, 2012 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for RUBEN GAMBOA, and Certified Student Attorney, SAGE D. KAVENY, hereby stipulate to vacate the trial confirmation hearing set for April 23, 2012 at 9:00am and to vacate the jury trial scheduled for May 7, 2012 at 9:00am.

Accordingly, the parties jointly request that a status hearing be scheduled for June 11, 2012 at 9:00am before Magistrate Judge Gregory G. Hollows.

Time is to be excluded from April 23, 2012 to June 11, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2) (Local Code I) and 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties have agreed to enter into a pretrial diversion agreement.

Dated: April 18, 2012                Respectfully submitted,


                                     DANIEL BRODERICK
                                     Federal Defender


                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Assistant Federal Defender
                                     Attorney for RUBEN GAMBOA


Dated: April 18, 2012                BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Justin Lee
                                     JUSTIN LEE
                                     Special Assistant U.S. Attorney


                              O R D E R

**IT IS SO ORDERED.**


DATED: April 19, 2012

                           /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

-2-